IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DERIRICK DEWAYNE MEDLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:04-CV-838-WKW-SRW (WO) |
| ) | |
| JIM BISHOP CABINETS, INC., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On March 2, 2006, the Magistrate Judge filed a Recommendation (Doc. # 28) that the defendant's Motion for Summary Judgment (Doc. # 21) and Amended Motion for Summary Judgment (Doc. # 23) is due to be granted. The plaintiff timely filed an Objection (Doc. # 29).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Objection (Doc. # 29) is OVERRULED.

2. The Recommendation (Doc. # 28) of the Magistrate Judge is ADOPTED.

3. The Motion for Summary Judgment (Doc. # 21) and Amended Motion for Summary Judgment (Doc. # 23) are GRANTED.

4. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 24th day of March, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE